UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| KENNETH SOUTHERLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1902JAR (TIA) |
| ) | |
| CAROLYN W. COLVIN,[1] ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Terry I. Adelman, filed March 4, 2013. [ECF No. 18] Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Adelman. Magistrate Judge Adelman recommends that the Court affirm the decision of the Commissioner denying social security benefits. The parties were granted until March 18, 2013 to file written objections to the Report and Recommendation, but no objections were filed.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [18] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 25th day of March, 2013.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is therefore substituted for Michael J. Astrue as the Defendant in this action.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE